**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware (State)

Case number *(If known)*: Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

Marsh Drugs Holding, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Marsh Drugs, Inc.

**3. Debtor's federal Employer Identification Number** (EIN)

3 5 – 1 1 5 5 7 5 5

**4. Debtor's address**

**Principal place of business**

9800 Crosspoint Blvd.
Number Street

Indianapolis Indiana 46256
City State ZIP Code

Marion
County

**Mailing address, if different from principal place of business**

Number Street

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website** (URL)

http://www.marsh.net/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4 4 5 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 on a consolidated basis (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District ____________ When ____________ (MM / DD / YYY) Case number ____________
  District ____________ When ____________ (MM / DD / YYY) Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes. Debtor See Attachment A Relationship ____________
  District District of Delaware When ____________ (MM / DD / YYY)
  Case number, if known ____________

Debtor Marsh Drugs Holding, LLC
Name

Case number *(if known)*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** 9800 Crosspoint Blvd.
Number Street

Indianapolis IN 46256
City State ZIP Code

**Is the property insured?**

☐ No.

☒ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor Marsh Drugs Holding, LLC
Name

Case number *(if known)*

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☒ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05 / 11 / 2017
MM / DD / YYYY

✗ [signature]
Signature of authorized representative of debtor

Lee A. Diercks
Printed name

Title Chief Restructuring Officer

**18. Signature of attorney**

✗ */s/ Robert S. Brady*
Signature of attorney for debtor

Date 05 / 11 / 2017
MM / DD / YYYY

Robert S. Brady
Printed Name

Young Conaway Stargatt & Taylor, LLP
Firm name

1000 North King Street
Number Street

Wilmington DE 19801
City State Zip Code

(302) 571–6600
Contact phone

RBrady@ycst.com
Email address

2847 DE
Bar number State

**ATTACHMENT A TO VOLUNTARY PETITION**

**Pending Bankruptcy Cases Filed by Affiliated Entities**

On the date hereof, each of the entities listed below (collectively, the "**Debtors**"), including the Debtor in this chapter 11 case, will file or has filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their voluntary petitions, the Debtors are filing a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only under the case number assigned to the chapter 11 case of Debtor Marsh Supermarkets Holding, LLC.

- Marsh Supermarkets Holding, LLC
- Marsh Merger Sub, LLC
- Marsh Supermarkets Company, LLC
- A.L. Ross & Sons, LLC
- Contract Transport Holding, LLC
- Contract Transport, LLC
- CT Logistics, LLC
- LoBill Foods, LLC
- Marsh Drugs Holding, LLC
- Marsh Drugs, LLC
- Marsh International, LLC
- Marsh RE Property, LLC
- Marsh Supermarkets, LLC
- MS Property, LLC
- Marsh Supermarkets of Illinois, LLC
- O'Malia Food Markets, LLC

**OMNIBUS WRITTEN CONSENT OF THE BOARD OF MANAGERS**

The undersigned, being all the members of the board of managers (collectively, the "Managers") of each of the companies on Schedule 1 attached hereto (each a "Company," and, collectively, the "Companies"), hereby take the following actions and adopt the following resolutions by written consent in lieu of a meeting pursuant to the relevant governing documents of each Company, and the applicable laws of the jurisdiction in which such Company is organized:

WHEREAS, the Managers have reviewed and considered the financial and operational condition of the Companies, and the Companies' businesses on the date hereof, including the historical performance of the Companies, the assets of the Companies, the current and long-term liabilities of the Companies, the market for the Companies' products and services, and credit market conditions; and

WHEREAS, the Managers have received, reviewed and considered the recommendations of the senior management of the Companies and the Companies' legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

NOW, THEREFORE, BE IT RESOLVED that, in the judgment of the Managers, it is desirable and in the best interests of each Company, its creditors, equity holders and other interested parties, that a voluntary petition (the "Petition") be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by such Company under the provisions of the Bankruptcy Code; and it is further

RESOLVED, that each Company shall be, and hereby is, directed and authorized to execute and file on behalf of such Company all petitions, schedules, lists and other papers or documents, and to take any and all action which such Company deems reasonable, advisable, expedient, convenient, necessary or proper to obtain such relief; and it is further

RESOLVED, that Mr. Lee A. Diercks of Clear Thinking Group LLC ("CTG") is hereby appointed as Chief Restructuring Officer of Marsh Merger Sub, LLC; and it is further

RESOLVED, that each and every officer of each Company (collectively, as to the relevant Company, the "Designated Persons"), be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of such Company (i) to execute and verify the relevant Petition as well as all other ancillary documents and to cause such Petition to be filed with the Bankruptcy Court commencing a case (each a "Bankruptcy Case," and, collectively, the "Bankruptcy Cases") and to make or cause to be made prior to the execution thereof any modifications to such Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and it is further

RESOLVED, that CTG be, and hereby is, authorized and empowered to provide Mr. Diercks to serve as the Chief Restructuring Officer of each Company and to provide additional staff to each such Company and assist such Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Company's rights and obligations in connection with its Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of such Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Mr. Diercks and CTG; and it is further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") be, and hereby is, authorized and empowered to represent each Company as bankruptcy counsel to represent and assist such Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Company's rights, including the preparation of pleadings and filings in its Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of such Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

RESOLVED, that Peter J. Solomon Company ("PJSC") be, and hereby is, authorized and empowered to represent each Company as investment banking advisor to represent and assist such Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Company's rights and obligations in connection with its Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of such Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of PJSC; and it is further

RESOLVED, that Prime Clerk LLC ("Prime Clerk") be, and hereby is, authorized and empowered to serve as the notice, claims, solicitation and balloting agent in connection with the Bankruptcy Cases; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of each Company to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Bankruptcy Cases, and to cause to be filed an appropriate application for authority to retain the services of Prime Clerk; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of each Company to employ any other individual and/or firm as professionals, consultants, financial advisors, or investment bankers to such Company as are deemed necessary to represent and assist such Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination,

hereby is, authorized, directed and empowered, on behalf of and in the name of such Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Cases, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of each Company (i) to execute, deliver and undertake any and all transactions contemplated by that certain Letter Agreement Governing Inventory Disposition (as amended, modified, or restated, the "Disposition Agreement") dated as of April 4, 2017, by and between Marsh Supermarkets Company, LLC (f/k/a Marsh Supermarkets, Inc.), on the one hand, and Hilco Merchant Resources, LLC (the "Hilco"), on the other hand, (ii) to take all such further actions including, without limitation, to pay all fees and expenses, in accordance with the terms of the Disposition Agreement, which such Designated Persons determine to be necessary, proper or advisable to perform any obligations of the Companies under or in connection with the Disposition Agreement and the transactions contemplated therein and to carry out fully the intent of the foregoing resolution, and (iii) to amend, extend, supplement or otherwise modify the Disposition Agreement or any documents, certificates, instruments, agreements, or other writings related to the Disposition Agreement; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized and empowered, on behalf of and in the name of each Company to obtain post-petition financing according to terms negotiated, or to be negotiated, by the management of such Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements; and in connection therewith, the Designated Persons are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of each Company, to secure the payment and performance of any post-petition financing by (i) (a) pledging or granting liens or mortgages on, or security interests in, all or any portion of such Company's assets, including all or any portion of the issued and outstanding membership interests of any subsidiaries of such Company, if any, whether now owned or hereafter acquired, and (b) causing any subsidiary of such Company, if any, to pledge or grant liens or mortgages on, or security interests in, all or any portion of such subsidiary's assets, whether now owned or hereafter acquired, and (ii) entering into or causing to be entered into, including, without limitation, causing any subsidiaries of such Company, if any, to enter into, such credit agreements, guarantees, other debt instruments, security agreements, pledge agreements, control agreements, inter-creditor agreements, mortgages, deeds of trust, and other agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate, or desirable by the officer executing the same, the execution thereof by such officer to be conclusive evidence of such approval or determination; and it is further

RESOLVED, that the Designated Persons be, and each of them acting alone or in any combination is, hereby authorized, directed and empowered from time to time in the name and on behalf of each Company, to perform the obligations of such Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by such Company; and it is further

RESOLVED, that the Designated Persons be, and each of them acting alone or in any combination is, hereby authorized, directed and empowered from time to time in the name of and on behalf of each Company, to cause such Company to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions, as in the judgment of such Designated Persons, shall be necessary, proper and desirable to prosecute to a successful completion the relevant Bankruptcy Case and to effectuate the restructuring of such Company's debt, other obligations, organizational form and structure and ownership of such Company, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such actions were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

*{Signature Page Follows}*

IN WITNESS WHEREOF, the undersigned, being all the members of the board of Managers for each of the Companies listed on Schedule 1, attached hereto, have executed this consent as of the 11 th day of May, 2017.

Thomas R. O'Boyle Jr.

Thomas R. O'Boyle, Jr.

Michele Pascoe

Jeffery Turpin

IN WITNESS WHEREOF, the undersigned, being all the members of the board of Managers for each of the Companies listed on Schedule 1, attached hereto, have executed this consent as of the 11 th day of May, 2017.

______________________________
Thomas R. O'Boyle, Jr.

______________________________
Michele Pascoe

______________________________
Jeffery Lurpin

**Schedule 1**

- Marsh Merger Sub, LLC
- Marsh Supermarkets Holding, LLC
- Marsh Supermarkets Company, LLC
- A. L. Ross & Sons, LLC
- Contract Transport Holding, LLC
- Contract Transport, LLC
- CT Logistics, LLC
- Lobill Foods, LLC
- Marsh Drugs Holding, LLC
- Marsh Drugs, LLC
- Marsh International, LLC
- Marsh RE Property, LLC
- Marsh Supermarkets, LLC
- MS Property, LLC
- Marsh Supermarkets of Illinois, LLC
- O'Malia Food Markets, LLC

**Fill in this information to identify the case:**

Debtor name: Marsh Supermarkets Holding, LLC, *et al.*
United States Bankruptcy Court for the: District of Delaware
Case number (if known):

□ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | Central States Southeast and Southwest Areas Pension Fund<br>Attn: Andrew Sprau<br>9377 West Higgins Road<br>Rosemont, IL 60018-4938 | Central States Southeast and Southwest Areas Pension Fund<br>Attn: Andrew Sprau<br>PHONE: (847) 518-9800<br>FAX: (847) 518-9738<br>EMAIL: | Pension | | | | $61,571,211.74 |
| 2 | Marsh Supermarkets PRIAC Contract #017357 (Prudential Retirement)<br>Attn: Milissa Dumont<br>280 Trumball Street H-20A<br>Hartford, CT 06103 | Marsh Supermarkets PRIAC Contract #017357 (Prudential Retirement)<br>Attn: Milissa Dumont<br>PHONE: (860) 534-3271<br>FAX: (860) 534-2910<br>EMAIL: milissa.dumont@prudential.com | Pension | | | | $21,746,456.00 |
| 3 | Supervalu<br>Attn: Bruce Besanko<br>11840 Valley View Road<br>Eden Prarie, MN 55344 | Supervalu<br>Attn: Bruce Besanko<br>PHONE: (952) 828-4082<br>FAX: (952) 828-8998<br>EMAIL: bruce.besanko@supervalu.com | Trade | | | | $8,055,000.00 |
| 4 | AmerisourceBergen Drug Corp<br>Attn: Aubrey Flowers<br>1300 Morris Drive<br>Chesterbrook, PA 19087 | AmerisourceBergen Drug Corp<br>Attn: Aubrey Flowers<br>PHONE: (866) 451-9655 X 6645<br>FAX: (888) 292-8502<br>EMAIL: aflowers@AmeriSourceBergen.com | Trade | | | | $3,988,049.28 |
| 5 | AAG<br>Attn: Arnold Gumowitz<br>421 7th Avenue<br>15th Floor<br>New York, NY 10001 | AAG<br>Attn: Arnold Gumowitz<br>PHONE: (212) 564-7250<br>FAX: (212) 564-7512<br>EMAIL: agumowitz@Aagmgmt.com | Landlord | | | | $2,628,574.66 |
| 6 | Joshen Paper & Packaging<br>Attn: Diane Moskal<br>9511 W. Depot Street<br>Yorktown, IN 47396 | Joshen Paper & Packaging<br>Attn: Diane Moskal<br>PHONE: (765) 759-1900<br>FAX: (765) 759-1902<br>EMAIL: accounting@joshen.com | Trade | | | | $1,420,908.57 |
| 7 | C&S Wholesale Grocers<br>Attn: Bob Palmer<br>7 Corporate Drive<br>Keene, NH 03431 | C&S Wholesale Grocers<br>Attn: Bob Palmer<br>PHONE: (603) 354-7000<br>FAX: (603) 354-4690<br>EMAIL: bpalmer@cswg.com | Trade | | | | $823,657.00 |
| 8 | H&R Canada<br>Attn: Thomas Hofstedter<br>3625 Duffern Street<br>Suite 500<br>Downsview, ON M3K 1N4<br>Canada | H&R Canada<br>Attn: Thomas Hofstedter<br>PHONE: (416) 635-7520<br>FAX: (416) 398-0040<br>EMAIL: thofstedter@hr-reit.com | Landlord | | | | $791,718.15 |
| 9 | Treasurer of Hamilton County<br>Attn: Jennifer Templeton<br>33 N 9th Street<br>Suite 112<br>Noblesville, IN 46060 | Treasurer of Hamilton County<br>Attn: Jennifer Templeton<br>PHONE: (317) 776-9620<br>FAX: (317) 776-9685<br>EMAIL:<br>jennifer.temptelton@hamiltoncounty.in.gov | Tax | | | | $777,294.79 |
| 10 | Coca-Cola Bottling Consol<br>Attn: Claudette Barber<br>4100 Coca Cola Plaza<br>Charlotte, NC 28211 | Coca-Cola Bottling Consol<br>Attn: Claudette Barber<br>PHONE: (704) 557-4542<br>FAX: (704) 285-6946<br>EMAIL: claudette.barber@ccbcc.com | Trade | | | | $709,679.22 |
| 11 | Treasurer of Marion County<br>Attn: Laurie Steele<br>200 E. Washington<br>Room 1001<br>City-County Building<br>Indianapolis, IN 46204 | Treasurer of Marion County<br>Attn: Laurie Steele<br>PHONE: (317) 327-4040<br>FAX: (317) 327-4440<br>EMAIL: treasurer@co.marion.or.us | Tax | | | | $643,298.21 |
| 12 | Oracle America, Inc.<br>Attn: Aimee Wiegmann<br>13364 Abercoin Street<br>Carmel, IN 46032 | Oracle America, Inc.<br>Attn: Aimee Wiegmann<br>PHONE: (317) 646-9830<br>FAX: (650) 506-7200<br>EMAIL: aimee.weigmann@oracle.com | Trade | | | | $517,210.71 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 13 | Yorktown Grocery MGMT, LLC<br>Attn: Dee Headley<br>One American Square<br>Suite 1300<br>Indianapolis, IN 46282 | Yorktown Grocery MGMT, LLC<br>Attn: Dee Headley<br>PHONE: (317) 236-6433<br>FAX: (317) 639-0504<br>EMAIL: dee.headley@cushwake.com | Landlord | | | | $425,693.40 |
| 14 | Frito-Lay Inc.<br>Attn: Mike Bevilacqua<br>1100 Reynolds Blvd<br>Winstom-Salem, NC 27105 | Frito-Lay Inc.<br>Attn: Mike Bevilacqua<br>PHONE: (336) 896-5577<br>FAX: (914) 253-2070<br>EMAIL: mike.bevilacqua@pepsico.com | Trade | | | | $415,444.49 |
| 15 | Schenkels Dairy<br>Attn: Melinda Grover<br>1019 Flaxmill Road<br>Huntington, IN 46750 | Schenkels Dairy<br>Attn: Melinda Grover<br>PHONE: (260) 355-6319<br>FAX: (260) 356-0804<br>EMAIL: melinda_holloway@deanfoods.com | Trade | | | | $414,890.49 |
| 16 | Donya Partners LLC<br>Attn: Safaa Elnagger<br>18 Royal Vale Drive<br>Oak Brook, IL 60523 | Donya Partners LLC<br>Attn: Safaa Elnagger<br>PHONE: (630) 309-3006<br>FAX: (219) 392-7330<br>EMAIL: sselnaggar@yahoo.com | Landlord | | | | $410,374.98 |
| 17 | The Package CO, LLC<br>Attn: Charles Grenadier<br>2425 W. 13 Mile Road<br>Suite 220<br>Bingham Farms, MI 48025 | The Package CO, LLC<br>Attn: Charles Grenadier<br>PHONE: (248) 559-4880<br>FAX: (248) 559-4877<br>EMAIL: carl@grenadierproperties.com | Landlord | | | | $393,900.00 |
| 18 | Keebler Company<br>Attn: Dustin Kent<br>6087 Dado Drive<br>Noblesville, IN 46062 | Keebler Company<br>Attn: Dustin Kent<br>PHONE: (804) 386-8278<br>FAX: (302) 655-5049<br>EMAIL: dustin.kent@kellogg.com | Trade | | | | $385,222.50 |
| 19 | JL Capital One LLC #58<br>Attn: Paul Kozel<br>18077 River Road<br>Suite 102<br>Noblesville, IN 46062 | JL Capital One LLC #58<br>Attn: Paul Kozel<br>PHONE: (317) 774-2209<br>FAX: (317) 773-6079<br>EMAIL: chesterfieldmgmt@comcast.net | Landlord | | | | $368,125.02 |
| 20 | Catalina Marketing Corp<br>Attn: Kevin Coughlin<br>200 Carillon Parkway<br>St. Petersburg, FL 33716 | Catalina Marketing Corp<br>Attn: Kevin Coughlin<br>PHONE: (732) 449-2525<br>FAX: (727) 563-5573<br>EMAIL: kevin.coughlin@catalina.com | Trade | | | | $349,345.15 |
| 21 | Pepsi-Cola Gen Bottlers, Inc.<br>Attn: Mike Bevilacqua<br>1100 Reynolds Blvd<br>Winstom-Salem, NC 27105 | Pepsi-Cola Gen Bottlers, Inc.<br>Attn: Mike Bevilacqua<br>PHONE: (336) 896-5577<br>FAX: (914) 253-2070<br>EMAIL: mike.bevilacqua@pepsico.com | Trade | | | | $335,359.53 |
| 22 | Radian Group, Inc.<br>Attn: Dave Umland<br>4600 West 77th Street<br>Suite 380<br>Edina, MN 55435 | Radian Group, Inc.<br>Attn: Dave Umland<br>PHONE: (609) 558-7291<br>FAX:<br>EMAIL: dumland@radiangroup.com | Trade | | | | $312,355.00 |
| 23 | The News Group GP<br>Attn: Lenny Kuvinka<br>1955 Lake Park Drive<br>Suite 400<br>Smyrna, GA 30080 | The News Group GP<br>Attn: Lenny Kuvinka<br>PHONE: (724) 323-7970<br>FAX: (877) 664-9732<br>EMAIL: lkuvinka@tng.com | Trade | | | | $288,059.86 |
| 24 | GS Enterprises<br>Attn: Doug Terrell<br>3885 Wheeling Ave<br>Muncie, IN 47304 | GS Enterprises<br>Attn: Doug Terrell<br>PHONE: (765) 286-4899<br>FAX: (765) 288-1377<br>EMAIL: gsenterprises@comcast.net | Landlord | | | | $287,670.72 |
| 25 | Mondelez Global, LLC<br>Attn: Bill Pappas<br>Three Lakes Drive<br>Northfield, IL 60093 | Mondelez Global, LLC<br>Attn: Bill Pappas<br>PHONE: (317) 773-3736<br>FAX: (570) 831-7987<br>EMAIL: bill.pappas@mdlz.com | Trade | | | | $282,421.92 |
| 26 | Realty Income Corporation<br>Attn: Lizel Streeter<br>11995 El Camino Real<br>San Diego, CA 92130 | Realty Income Corporation<br>Attn: Lizel Streeter<br>PHONE: (858) 284-5000<br>FAX: (858) 481-4862<br>EMAIL: istreeter@realtyincome.com | Landlord | | | | $279,282.60 |
| 27 | Treasurer of Delaware County<br>Attn: Edward E. Carroll Jr.<br>100 West Main Street<br>Muncie, IN 47305 | Treasurer of Delaware County<br>Attn: Edward E. Carroll Jr.<br>PHONE: (765) 747-7808<br>FAX: (765) 213-1275<br>EMAIL: ecarroll@co.delaware.in.us | Tax | | | | $277,360.73 |

| Name of creditor and complete mailing address, including zip code | | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 28 | Lafayette Grocery Holdings, LLC<br>Attn: Brett Carlile, Registered Agent<br>2439 Kuser Road<br>Hamilton, NJ 08690 | Lafayette Grocery Holdings, LLC<br>Attn: Brett Carlile, Registered Agent<br>PHONE: (609) 570-1066<br>FAX: (609) 245-7662<br>EMAIL: jvogel@genesis-ip.com | Landlord | | | | $267,803.10 |
| 29 | Kite West 86th Street, LLC<br>Attn: Lance Angle<br>30 S. Meridian Street<br>Suite 1100<br>Indianapolis, IN 46204 | Kite West 86th Street, LLC<br>Attn: Lance Angle<br>PHONE: (317) 577-5600<br>FAX: (317) 577-5605<br>EMAIL: langle@kiterealty.com | Landlord | | | | $266,813.12 |
| 30 | Cinergy/Duke<br>Attn: Shawn South<br>550 South Tryon Street<br>Charlotte, NC 28202 | Cinergy/Duke<br>Attn: Shawn South<br>PHONE: (317) 776-5337<br>FAX:<br>EMAIL: shawn.south@duke-energy.com | Uitilty | | | | $258,439.70 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MARSH SUPERMARKETS HOLDING, LLC, *et al.*,[1] | ) | Case No. __-______ (___) |
| Debtors. | ) | (Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), and 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby state as follows:

1. Debtor Marsh Merger Sub, LLC is owned by the following non-Debtor entities:

| Entity | Ownership Percentage | Voting Rights |
|---|---|---|
| VPS Convenience Store Group, LLC | 99.75% | Yes |
| Laura Gretencord | 0.25% | No |

2. The Debtor listed below is 100% owned by Marsh Merger Sub, LLC:

   - Marsh Supermarkets Holding, LLC

3. The Debtor listed below is 100% owned by Debtor Marsh Supermarkets Holding, LLC:

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Marsh Supermarkets Holding, LLC (1568); Marsh Merger Sub, LLC (8837); Marsh Supermarkets Company, LLC (8179); A.L. Ross & Sons, LLC (3470); Contract Transport Holding, LLC (5675); Contract Transport, LLC (3718); CT Logistics, LLC (9775); LoBill Foods, LLC (9461); Marsh Drugs Holding, LLC (5755); Marsh Drugs, LLC (3717); Marsh International, LLC (0875); Marsh RE Property, LLC (0641); Marsh Supermarkets, LLC (7924); MS Property, LLC (9199); Marsh Supermarkets of Illinois, LLC (6423); and O'Malia Food Markets, LLC (5222). The mailing address for each of the Debtors is 9800 Crosspoint Blvd., Indianapolis, Indiana 46256.

- Marsh Supermarkets Company, LLC

4. The Debtors listed below are each 100% owned by Debtor Marsh Supermarkets Company, LLC:

- A.L. Ross & Sons, LLC
- Contract Transport Holding, LLC
- LoBill Foods, LLC
- Marsh Drugs Holding, LLC
- Marsh International, LLC
- Marsh RE Property, LLC
- Marsh Supermarkets, LLC
- Marsh Supermarkets of Illinois, LLC
- O'Malia Food Markets, LLC

5. The Debtor listed below is 100% owned by Debtor Contract Transport Holding, LLC:

- Contract Transport, LLC

6. The Debtor listed below is 100% owned by Debtor Contract Transport, LLC:

- CT Logistics, LLC

7. The Debtor listed below is 100% owned by Debtor Marsh Drugs Holding, LLC:

- Marsh Drugs, LLC

8. The Debtor listed below is 100% owned by Debtor Marsh Supermarkets, LLC:

- MS Property, LLC

**Fill in this information to identify the case and this filing:**

Debtor Name Marsh Drugs Holding, LLC

United States Bankruptcy Court for the: ______________ District of Delaware (State)

Case number *(If known)*: ____________________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ______

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05 / 11/ 2017
MM / DD / YYYY

✘ *Lee A. Diercks*
Signature of individual signing on behalf of debtor

Lee A. Diercks
Printed name

Chief Restructuring Officer
Position or relationship to debtor